United States District Court

Eastern District of California

Matt Norway David,

       Plaintiff,                No. Civ. S 05-0413 MCE PAN P

    vs.                        Order

Officers Building 6,

       Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action. March 8, 2005, the court informed plaintiff this case would be closed unless, within 30 days, he submitted either the filing fee or an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff did not respond. Accordingly, this file is closed.

    So ordered.

    Dated: April 14, 2005

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge